IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

☐ Benton     ☒ East St. Louis

☒ Initial Appearance    ☐ Preliminary Hearing    ☐ Detention Hearing

| | |
|---|---|
| **CRIMINAL NO.** 25-mj-8081-GCS | **DATE**: 3/3/2025 |
| USA vs. ANDRES JIMENEZ-SANTIAGO | **JUDGE**: MARK A. BEATTY |
| ☒ Present  ☒ Custody  ☐ Bond | **DEPUTY**: JENNIFER JONES |
| **DEFT. COUNSEL:** TODD SCHULTZ, AFPD | **REPORTER:** STEPH RENNEGARBE |
| ☒ Present  ☒ Apptd.  ☐ Retained | |
| **GOVT. COUNSEL**: KATHLEEN HOWARD, AUSA | **TIME:** 9:00 AM-9:10 AM |

☒ Interpreter Fernando Torres present and sworn.
☒ Defendant advised of constitutional rights.
☒ Defendant advised of charges.
☒ Defendant indicates he intends to retain counsel and requests a continuance of the preliminary and detention hearings, which will be reset by separate notice.
☒ Defendant is ordered temporarily detained to the custody of USMS.