IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 25-CR-30036-NJR |
| Plaintiff, ) | |
| ) | |
| vs. ) | Title 8, United States Code, Section 1326(a) |
| ) | |
| ANDRES JIMENEZ-SANTIAGO ) | **FILED** |
| Defendant. ) | MAR 0 4 2025 |
| | CLERK, U.S. DISTRICT COURT |
| | SOUTHERN DISTRICT OF ILLINOIS |
| | BENTON OFFICE |

INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

### ILLEGAL REENTRY AFTER DEPORTATION

On or about the 26th day of February 2025, in St. Clair County, in the Southern District of Illinois,

**ANDRES JIMENEZ-SANTIAGO**

an alien, was found in the United States after having been removed therefrom on or about April 1, 2019, at or near Laredo, Texas, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

FOREPERSON

_Ali Summers_ for
STEVEN D. WEINHOEFT
United States Attorney

_Kat H_
KATHLEEN M. HOWARD
Assistant United States Attorney