# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

UNITED STATES OF AMERICA
*Plaintiff*

v.

ANDRES JIMENEZ-SANTIAGO
*Defendant(s)*

Case Number: 25-cr-30036-NJR

**RECEIVED**
By Lauren Patterson, U.S. Marshals Service, S/IL at 4:04 pm, Mar 04, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) ANDRES JIMENEZ-SANTIAGO,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Illegal Reentry After Deportation in Violation of 8:1326(a)

Date: March 4, 2025

_Amanda Cervantes_, Deputy Clerk
*Issuing officer's signature*

City and state: East St. Louis, IL

Monica A. Stump, Clerk of Court
*Printed name and title*

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: 3-04-2025

Returned unexecuted, subject already in custody on complaint.

_Lauren Patterson_
*Arresting officer's signature*

*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)