**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

☐ Benton  ☒ **East St. Louis**  ☐ Contested  ☒ **Uncontested**

# MINUTES OF DISPOSITION
JUDGE: **Nancy J. Rosenstengel, Chief U.S. District Judge**

USA v. **ANDRES JIMENEZ-SANTIAGO**   CRIMINAL CASE NO.: **25-CR-30036-NJR-01**

REPORTER: **Stephanie Rennegarbe**   DEPUTY: **Deana Brinkley**

GOVT. COUNSEL: **Kathleen Howard**   DEF. COUNSEL: **John Stobbs**

DATE: **April 30, 2025**   TIME: **10:00 AM – 10:25 AM**

**CHANGE OF PLEA HEARING**   TIME: **10:00 AM – 10:20 AM**

☒ Interpreter Fernando Torres present and sworn.
☒ Defendant sworn.
☒ The Court finds that the Defendant is capable of entering plea.
☒ Defendant waives reading of Information.
☒ Defendant advised of constitutional rights.
☒ Defendant advised of charges and penalties.
☒ Defendant withdraws plea of **NOT GUILTY** as to Count 1 of the INDICTMENT.
☒ Plea: ☒ **GUILTY** as to Count 1 of the INDICTMENT.
☐ Plea Agreement   ☐ Oral ☐ Written ☒ Open Plea
☒ Court accepts plea of guilty.
☒ Defendant requested to immediately proceed to sentencing.

**SENTENCING HEARING**   TIME: **10:20 AM – 10:25 AM**

Court ACCEPTS Defendant's Waiver Pursuant to Rule of Criminal Procedure 32(e).

Court orders recommendation to be placed under separate seal and counsel will <u>not</u> have access to same.

SENTENCE:   **Defendant is sentenced to time served as to Count 1 of the Indictment, with no term of supervised release imposed.**

Fine is WAIVED.

Defendant shall pay a **SPECIAL ASSESSMENT** of **$100.00** payable to the Clerk, United States District Court, due immediately. Interest is WAIVED.

Defendant advised of right to appeal within 14 days. Defendant remanded to the custody of USMS.