IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES JIMENEZ-SANTIAGO,<br><br>Defendant. | Case No. 25-CR-30036-NJR-01 |

## DEFENDANT'S WAIVER PURSUANT TO
## FEDERAL RULE OF CRIMINAL PROCEDURE 32(e)

I, ANDRES JIMENEZ-SANTIAGO, hereby waive my right to receive the presentence investigation report in this case at least 35 days before sentencing. I understand that the Federal Rules of Criminal Procedure provide that the probation officer must give the presentence investigation report to me, my attorney, and the government's attorney at least 35 days before the sentencing hearing, and that the report in my case was filed less than 35 days ago. Nonetheless, I waive this 35-day requirement and elect to proceed to sentencing at this time.

I have read, or had read to me, and fully understand this waiver form.

Dated: 4-30-25

Signature of Defendant

Dated: 4-30-25

Signature of Defendant's Attorney