# INTERPRETER USAGE REPORT (IUR)

**Section A.**    *Complete all*
Case Information:

| Interpreter Name: Fernando Torres | | Language: Spanish | Case Number: 25-cr-30036-NJR-01 |
|---|---|---|---|
| Court: *Mark Only One* ☒District -- ☐Magistrate | Judge Rosenstengel | Dates of Proceedings April 30, 2025 | Style of Case USA v. Jimenez-Santiago |

**Section B.**    *Check and complete all that apply.*
Kind of Service Provided:

☒   In Court Proceedings    *If checked complete this section*

| Defendant(s) Name(s): Andres Jimenez-Santiago | Time of Proceedings: 10:00 AM | |
|---|---|---|
| In Re: | Start 10:00 AM | End 10:25 AM |

Type of Service:    *Check all that apply*

| General | | | Motions | |
|---|---|---|---|---|
| ☐ | Initial Appearance | | ☐ | Sever |
| ☐ | Arraignment | | ☐ | Dismiss |
| ☒ | Plea Proceeding | | ☐ | Detention |
| ☐ | Trial ☐ Defendant ☐ Witness | | ☐ | Sentence Reduction |
| ☒ | For Sentencing | | ☐ | Suppress |
| ☐ | Other (Describe) | | ☐ | Discovery |
| | | | ☐ | Other (Describe) |

**Section C.**    *Optional*

| Comments: |
|---|
| |

**Section D**.    *Complete all*

| Signature of Courtroom Deputy:   By:  s/ Deana Brinkley | Date: April 30, 2025 |
|---|---|

ORIGINAL - TO BE DOCKETED
COPY         - CRD TO PROVIDE TO PROCUREMENT OFFICE

CRD-02
Rev. 1/09